UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| BRETT R. MELTON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16 CV 50236 |
| | ) | Judge Iain D. Johnston |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

The government has moved for a reversal and to remand this social security appeal under the fourth sentence of 42 U.S.C. § 405(g). Dkt. 12. That provision of the Social Security Code allows the Court to reverse a decision of the Commissioner of Social Security and remand it for a rehearing. The government contends that plaintiff Brett Melton is entitled to a reversal and remand in order to allow for further evaluation of Mr. Melton's "2013-2014 psychiatric treatment before a decision can be made whether Plaintiff is disabled within the meaning of the Social Security Act." Motion [12] at 1. Based on the government's representation that the Commissioner did not adequately evaluate Mr. Melton's treatment records, it is this Court's Report and Recommendation that the government's motion to reverse and remand [12] be granted, and that the case be reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g).

Any objection must be filed by 1/26/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: January 12, 2017

Iain D. Johnston
United States Magistrate Judge