IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Brett R. Melton, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 C 50236 |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendant. | ) | |

## **ORDER**

      On January 12, 2017, Magistrate Judge Johnston entered a report and recommendation [15] that the government's motion [12] to reverse the decision of the Commissioner of Social Security and remand this social security appeal for a rehearing be granted. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. The government's motion [12] to reverse and remand is granted. This case is reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g). This case is terminated.

Date: 1/27/2017                    ENTER:

*Philip G. Reinhard*
United States District Court Judge

                                                          Notices mailed by Judicial Staff. (LC)